# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NICHOLAS PAUL PIERRON

NO. 2025 KW 0364

**JUNE 30, 2025**

---

In Re: Nicholas Paul Pierron, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 02-FELY-402807.

---

BEFORE: **PENZATO, WOLFE, AND FIELDS, JJ.**

**WRIT DENIED.** Relator's application for postconviction relief is untimely and he failed to establish an exception to the time limitation set forth in La. Code Crim. P. art. 930.8(A). If an application for postconviction relief is untimely under Article 930.8, it should not be considered on the merits. See **State v. LeBlanc**, 2006-0169 (La. 9/15/06), 937 So.2d 844 (per curiam).

**AHP**
**EW**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT